**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No.** 1:26-mj-00264-JCN |
| **JOSE CARLOS FERREIRA** | |

# COMPLAINT

I, Ryan J. Moayed, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT ONE
## (Re-Entry After Prior Deportation)

On about August 15, 2026, in the District of Maine, the defendant,

**JOSE CARLOS FERREIRA**

an alien, was found in the United States of America after having been previously removed therefrom on about June 23, 2010, at Los Angeles, California, and not having obtained the express consent of the United States Attorney General, or its successor, the Secretary of the U.S. Department of Homeland Security, to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

This Complaint is based on those facts which are set forth in my affidavit of August 19, 2026, which is attached hereto and incorporated by reference.

Ryan J. Moayed
United States Border Patrol
Border Patrol Agent

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Aug 19 2026

City and state: Bangor, ME

*Judge's signature*

John C Nivison U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Ryan J. Moayed, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

1. I am a Border Patrol Agent with the United States Border Patrol. Currently, I am assigned to the Rangeley Border Patrol Station in Rangeley, Maine. I graduated from Trabuco Hills High School in Mission Viejo, California in June 2019. After graduating High School I joined the United States Navy as an active-duty sailor and was honorably discharged in January of 2025. I have been an employee of the United States Border Patrol since April 14, 2025. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in October 2025.

2. I make this affidavit in support of a Criminal Complaint charging JOSE CARLOS FERREIRA with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my personal observations, my review of materials and reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a Border Patrol Agent.

3. On August 14, 2026, at about 10:00 p.m., Border Patrol Agent (BPA) Joshua Vossen identified a white panel van with Massachusetts plates pulling into Manor Drive in Rangeley, Maine. Historically, vehicles matching this description have been known to be operated by work crews consisting of illegal aliens. BPA Vossen followed the vehicle and observed it park next to a grey Kia Sportage with Massachusetts plates. BPA Vossen requested a record check of the Kia's plates, and the vehicle came back as registered to a Brazilian citizen who had been ordered to be removed from the country in 2005, hereinafter "Person 1."

4. On August 15, 2026, at approximately 7:00 a.m., BPA Vossen and I conducted a vehicle stop of the grey Kia Sportage as it left Manor Drive onto Maine Route 4 in Rangeley, Maine. At the time of the stop, the Kia had three occupants, Jose Carlos Ferreira, Person 1, and another individual, "Person 2." All three indicated that they were Brazilian citizens who were in the United States illegally.

5. Specifically, Jose Carlos Ferreira told me that he was in the United States illegally, and he told BPA Vossen that he was a citizen of Brazil, that he was in the United States illegally, and that he did not have documentation to be in the United States legally.

6. A mobile record check from the vehicle stop revealed that Ferreira had been previously removed from the United States. When questioned at the scene, Ferreira confirmed that he had been previously deported. At this point, all three were asked to exit the vehicle. The subjects, including Ferreira, were taken to the Rangeley BP Station for immigration processing.

7. Additional records checks at the Rangeley station showed that Ferreira had been previously removed as an illegal alien and that he had not been granted authorization to reenter the United States. Ferreira consented to an interview using a telephonic interpreter, in which he again admitted that he was not lawfully admitted to the United States, that he had no claim to United States citizenship, and that he had illegally reentered the United States by foot via Mexico.

8. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

9. I, Ryan J. Moayed, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and believe, and I make this oath under pains and penalties of perjury.

Ryan J. Moayed
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Aug 19 2026

Judge's signature

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
Printed name and title